UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>ALEXANDER SMIRNOV,<br><br>        Defendant - Appellant. | No. 24-4040<br><br>D.C. No.<br>2:24-cr-00091-ODW-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:   SCHROEDER, M. SMITH, and HURWITZ, Circuit Judges.

The motion (Docket Entry No. 12) for reconsideration is denied, and the

motion for reconsideration en banc is denied on behalf of the court.  *See* 9th Cir. R.

27-10; 9th Cir. Gen. Ord. 6.11.